In the Matter of the Application for Examination Pursuant to Section 205 of the Surrogate's Court Act,* in the Estate of SAMUEL BAWER, Deceased.— Decree

* Amd. by Laws of 1924, chap. 100.— [REP.

affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [132 Misc. 568.]